# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 3, 2005*

[Cite as *03/03/2005 Case Announcements*, 2005-Ohio-873.]

## MOTION AND PROCEDURAL RULINGS

**1990–1433.   State v. Smith.**

Hamilton App. No. C–880287. This cause came on for further consideration of appellant's motion for stay of execution and appellee's motion to unseal records filed under seal. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that the motion to unseal records be, and hereby is, granted.